```
                F2132              70378            STADIUM
UNIT# 360026                                        INTERNATIONAL
                                  ACCOUNTING        TRUCKS
PRIORITY TRANSPORTATION                             578 Conklin Rd.
FC6220860508000021                                  Binghamton, NY 13903
FARMINGTON, NY 14425                PAGE 1          Phone (607) 724-9125
HOME:800-861-3459 BUS:                              Fax (607) 722-5624
                                  SERVICE ADVISOR: 1025 MARK HOLDREGE
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| 360026 | 06 | INTERNATIONAL 9400I | 2HSCNSBR66C201660 | 366177 | 204350/204350 | 60026 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 19JUL05 IS | | | 17:00 15JUN07 | 0 | 0.00 | CHG | 18JUN07 |

OPTIONS: ENG:KCB43762 TRN:K0453340

| R.O. OPENED | READY |
|---|---|
| 14:17 15JUN07 | 16:43 18JUN07 |

```
LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE   COMP    LIST      NET     TOTAL
A PERFORM INTERNATIONAL RECALL 07501-R1 CAT BATTERY CABLE RELOCATION.
CAUSE:
   A40-07501-1 Install Brackets
         910   WIH       0.13        700    1016                     10.16    10.16
        1032   WIH       0.67       1730    5024                     50.24    50.24
      1 8900194R91 KIT               1355   1789      0    29.00     17.89    17.89
   FC: 07501 PART#:   COUNT:         1355   1789  TPARTS
   CLAIM TYPE: 2
   AUTH CODE: 40
   P                                 2430   6040  TLABOR

    DATE    START   FINISH   DURATION   TYPE   TECH   LINE(S)   CHG
  06-15-07  15:00   15:21      0.35      W     910       A
            15:57   17:41      1.73      W    1032       A

ACCOUNT    SALE     COST       CONTROL    ACCOUNT   SALE    COST       CONTROL
235314     6040     .2430                 234313    1789    1355
210800     7829    ******
```



```
    COST, SALE, & COMP TOTALS      3785    7829     0
```

| | STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| | The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. | LABOR AMOUNT | 0.00 |
| "WE APPRECIATE YOU AS A CUSTOMER" | | PARTS AMOUNT | 0.00 |
| THANK YOU FOR YOUR BUSINESS | | GAS, OIL, LUBE | 0.00 |
| | | SUBLET AMOUNT | 0.00 |
| Remit to: Stadium International Trucks, Inc. P.O. Box 2848 Syracuse, New York 13220 Phone (315) 475-8471 | | MISC. CHARGES | 0.00 |
| REPAIR SHOP REGISTRATION 700-7406 - SYRACUSE 703-7535 - BINGHAMTON 708-8374 - WATERTOWN FEDERAL ID #22-2415919 | | TOTAL CHARGES | 0.00 |
| | | LESS INSURANCE | 0.00 |
| | CUSTOMER SIGNATURE | SALES TAX | 0.00 |
| | | **PLEASE PAY THIS AMOUNT** | 0.00 |

**WARRANTY COPY**